COLLINS, VELLA & CASELLO, L.L.C.
2317 Route 34 South, Suite 1A
Manasquan, New Jersey 08736
(732) 751-1766
Attorneys for Debtor
Joseph M. Casello, Esq.

Order Filed on January 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 13 Case No. 19-22933 |
| Kenneth J. Blankenbaker | : | Judge: Honorable Christine Gravelle, U.S.B.J. |
| Debtor | : | Hearing Date: January 15, 2020 at 10:00 |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION FILED ON BEHALF OF SANTANDER BANK, N.A.

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 14, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Kenneth J. Blankenbaker
Case No.: 19-22933
Caption: CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION FILED ON BEHALF OF SANTANDER BANK, N.A.

The Debtor having filed a Chapter 13 Plan in this matter, and Santander Bank, N.A. ("Santander") having objected to confirmation of the Debtor's Chapter 13 Plan, and Santander's objections to the Chapter 13 Plan having been resolved between the parties, and for good cause shown, it is hereby

**ORDERED**, that the Proof of Claim filed by Santander setting forth its secured claim in the amount of $69,665.82 as of the filing date of the Debtor's bankruptcy petition on the judgment entered in favor of Santander by the Superior Court of New Jersey, Docket No. MON-L-4118-15 shall be paid during the term of the Plan without interest; and it is

**ORDERED** that the claim shall be deemed secured for purposes of distribution through the Chapter 13 plan without either party having waived any rights with respect to the classification of the claim; and it is

**FURTHER ORDERED**, that Santander withdraws its objection to confirmation of the Debtor's Chapter 13 Plan, subject to Debtor's compliance with the terms of this Consent Order.

We hereby consent to the form and substance of this Order.

Joseph M. Casello, Esq.
Collins, Vella & Casello, L.L.C.
Attorneys for the Debtor

Rebecca K. McDowell, Esq.
Saldutti Law Group
Attorneys for Santander Bank, N.A.

2