COLLINS, VELLA & CASELLO, L.L.C.
2317 Route 34 South, Suite 1A
Manasquan, New Jersey 08736
(732) 751-1766
Attorneys for Debtor
Joseph M. Casello, Esq.

**Order Filed on January 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 13 Case No. 19-22933 |
| Kenneth J. Blankenbaker | : | Judge: Honorable Christine Gravelle, U.S.B.J. |
| Debtor | : | Hearing Date: January 15, 2020 at 10:00 |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION FILED ON BEHALF OF SANTANDER BANK, N.A.

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: January 14, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Debtor: Kenneth J. Blankenbaker**
**Case No.: 19-22933**
**Caption: CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION FILED ON BEHALF OF SANTANDER BANK, N.A.**

The Debtor having filed a Chapter 13 Plan in this matter, and Santander Bank, N.A. ("Santander") having objected to confirmation of the Debtor's Chapter 13 Plan, and Santander's objections to the Chapter 13 Plan having been resolved between the parties, and for good cause shown, it is hereby

**ORDERED**, that the Proof of Claim filed by Santander setting forth its secured claim in the amount of $69,665.82 as of the filing date of the Debtor's bankruptcy petition on the judgment entered in favor of Santander by the Superior Court of New Jersey, Docket No. MON-L-4118-15 shall be paid during the term of the Plan without interest; and it is

**ORDERED** that the claim shall be deemed secured for purposes of distribution through the Chapter 13 plan without either party having waived any rights with respect to the classification of the claim; and it is

**FURTHER ORDERED**, that Santander withdraws its objection to confirmation of the Debtor's Chapter 13 Plan, subject to Debtor's compliance with the terms of this Consent Order.

We hereby consent to the form and substance of this Order.

Joseph M. Casello, Esq.
Collins, Vella & Casello, L.L.C.
Attorneys for the Debtor

Rebecca K. McDowell, Esq.
Saldutti Law Group
Attorneys for Santander Bank, N.A.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth J. Blankenbaker  
    Debtor

Case No. 19-22933-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 14, 2020  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.  
db            +Kenneth J. Blankenbaker,   44 Mine Brook Road,   Colts Neck, NJ 07722-1749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:  
         Albert  Russo    docs@russotrustee.com  
         Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank Trust National Association  
          ajennings@rasflaw.com  
         Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank Trust National Association, not in  
          its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ajennings@rasflaw.com  
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Joseph  Casello    on behalf of Debtor Kenneth J. Blankenbaker jcasello@cvclaw.net,  
          jcasello627@gmail.com  
         Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, not in its  
          individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com  
         Rebecca K. McDowell    on behalf of Creditor    SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.  
          rmcdowell@slgcollect.com  
         Sindi  Mncina    on behalf of Creditor    U.S. Bank Trust National Association, not in its  
          individual capacity but solely as Owner Trustee for VRMTG Asset Trust smncina@rascrane.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                            TOTAL: 9