

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON) | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**RAS Crane, LLC**<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone Number 470-321-7112<br>**Attorneys For Secured Creditor**<br>**U.S. Bank Trust National Association,**<br>**Not In Its Individual Capacity But Solely**<br>**As Owner Trustee For VRMTG Asset**<br>**Trust** | Case No.: 19-22933-CMG<br><br>Judge: Christine M. Gravelle<br><br>Chapter 13 |
| In Re:<br><br>Kenneth J. Blankenbaker,<br><br>　　　　　Debtor. | |

Order Filed on January 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 22, 2020**

*Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Kenneth J. Blankenbaker
Case No.: 19-22933-CMG
Caption of Order: **Consent Order Resolving Objection to Confirmation**

Secured Creditor: U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust

Secured Creditor's Counsel: RAS Crane, LLC

Debtor's Counsel: Joseph Casello

Property Involved ("Collateral"): 44 Mine Brook Road, Colts Neck, New Jersey 07722

For good cause shown, it is **ORDERED** that Secured Creditor's Objection is resolved, subject to the following conditions:

1. This order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. Debtor acknowledges the pre-petition arrears due to Secured Creditor is $126,559.47, as set forth in Secured Creditor's timely filed Proof of Claim 3-1, filed on July 25, 2019.

3. Debtor shall comply with the terms of the trial modification offered providing for payments to Secured Creditor in the amount of $5,526.00 on the first of January, February, March and April 2020 respectively.

4. Debtor shall complete the loss mitigation process by June 30, 2020.

5. In the event that any such mortgage modification or other consensual resolution is not available, the Debtor shall acknowledge the pre-petition arrearages as stated above. The Debtor shall have 30 days from the date of any final notification that a modification, etc. is not available to: 1) file an amended Chapter 13 Plan to cure the pre-petition arrearages and maintain post-petition payments, or 2) to convert the Chapter 13 petition to a Chapter 7 petition, 3) surrender the property, and/or 4) proceed with this bankruptcy case as deemed appropriate.

```
                           United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                          Case No. 19-22933-CMG
Kenneth J. Blankenbaker                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1         Date Rcvd: Jan 22, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db             +Kenneth J. Blankenbaker,    44 Mine Brook Road,    Colts Neck, NJ 07722-1749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor    U.S. Bank Trust National Association
               ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    U.S. Bank Trust National Association, not in
               its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ajennings@rasflaw.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Joseph    Casello    on behalf of Debtor Kenneth J. Blankenbaker jcasello@cvclaw.net,
               jcasello627@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com
              Rebecca K. McDowell    on behalf of Creditor    SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.
               rmcdowell@slgcollect.com
              Robert    Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Sindi    Mncina    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10