Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

        Case No.: 19–22933–CMG  
        Chapter: 13  
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Kenneth J. Blankenbaker  
   44 Mine Brook Road  
   Colts Neck, NJ 07722

Social Security No.:  
   xxx–xx–9425

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 23, 2020.

On April 5, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                 May 6, 2020  
Time:                10:00 AM  
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 6, 2020  
JAN: pbf

                                                        Jeanne Naughton  
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-22933-CMG
Kenneth J. Blankenbaker                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 06, 2020
                              Form ID: 185             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db          +Kenneth J. Blankenbaker,    44 Mine Brook Road,    Colts Neck, NJ 07722-1749
aty         +Jack P. Baron,    Lum, Drasco & Positan, LLC,    103 Eisenhower Parkway,    Suite 401,
              Roseland, NJ 07068-1049
cr          +SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.,    c/o Saldutti Law Group,
              800 N. Kings Highway Suite 300,    Cherry Hill, NJ 08034-1511
cr          +Selene Finance LP as servicer for U.S. Bank Trust,    Friedman Vartolo, LLP,    85 Broad St,
              85 Broad St,    New York, NY 10004-2434
cr          +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
              Philadelphia, PA 19103-1814
cr          +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
518330134   +Bethany Pediatrics,    1 Bethany Road,    Hazlet, NJ 07730-1667
518351878   +JS Bethany Pediatrics,    Simon's Agency Inc.,    POB 5026,   Syracuse, NY 13220-5026
518330136   +Mary Patricia Blankenbaker,    44 Mine Brook Road,    Colts Neck, NJ 07722-1749
518330137   +Phelan Hallinan Diamond & Jones,PC,    400 Fellowship Road, Suite 100,
              Mount Laurel, NJ 08054-3437
518330139   +Richard & Margaret Santulli,    37 Blossom Cover Road,    Red Bank, NJ 07701-6302
518376702   +Richard and Margaret Santulli,    Attn: Jack P. Baron,    Lum, Drasco & Positan LLC,
              103 Eisenhower Parkway, Ste. 401,    Roseland, NJ 07068-1049
518330142  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
              Trenton, NJ 08695-0245)
518330140   +Santander Bank,    P.O. Box 12707,    Reading, PA 19612-2707
518416214   +Santander Bank, N.A.,    c/o Saldutti Law Group,    800 Kings Highway N., Suite 300,
              Cherry Hill, NJ 08034-1511
518573951   +U.S. Bank Trust National Association,    RAS Citron LLC,    130 Clinton Road, Suite 202,
              Fairfield NJ 07004-2927
518330143   +Wells Fargo Bank,    P.O. Box 10335,    Des Moines, IA 50306-0335
518371380    Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
              MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 07 2020 01:05:13      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 07 2020 01:05:10      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518330135    E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 07 2020 01:04:44      Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA 19101-7346
518330138   +E-mail/Text: newbk@Regions.com Apr 07 2020 01:05:22      Regions Bank,    1900 Fifth Avenue,
              Birmingham, AL 35203-2670
518565021   +E-mail/Text: bkteam@selenefinance.com Apr 07 2020 01:04:33      Selene Finance, LP,
              9990 Richmond Ave.,    Suite 400 South,    Houston, TX 77042,    Selene Finance, LP,
              9990 Richmond Ave. 77042-4546
518565020   +E-mail/Text: bkteam@selenefinance.com Apr 07 2020 01:04:32      Selene Finance, LP,
              9990 Richmond Ave.,    Suite 400 South,    Houston, TX 77042-4546
518330141   +E-mail/Text: clientservices@simonsagency.com Apr 07 2020 01:05:44      Simon's Agency, Inc.,
              4963 Winterssweet Drive,    Liverpool, NY 13088-2176
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +U.S. Bank Trust National Association,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
              Fairfield, NJ 07004-2927
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 06, 2020
                              Form ID: 185             Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank Trust National Association
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. Bank Trust National Association, not in
               its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ajennings@rasflaw.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Jonathan C. Schwalb    on behalf of Creditor    Selene Finance LP as servicer for U.S. Bank Trust
               National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset
               Trust bankruptcy@friedmanvartolo.com
              Joseph    Casello    on behalf of Debtor Kenneth J. Blankenbaker jcasello@cvclaw.net,
               jcasello627@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com
              Rebecca K. McDowell    on behalf of Creditor    SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A.
               rmcdowell@slgcollect.com
              Robert    Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Sindi    Mncina    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 11
```