**COLLINS, VELLA & CASELLO, LLC**
2371 Highway 34 South, Suite 1A
Manasquan, NJ 08736
Attorneys for Debtors
(732) 751-1766
Joseph M. Casello, Esq.

### UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | |
|---|---|
| In re: : | Chapter 13 Case No. 19-22933 |
| Kenneth J. Blankenbaker : | Judge: Hon. Christine M. Gravelle, U.S.B.J. |
| Debtor : | Hearing Date: May 6, 2020 at 10:00 a.m. |

### CERTIFICATION OF DEBTOR IN SUPPORT OF COVID-19
### CHAPTER 13 PLAN MODIFICATION

I, Kenneth J. Blankenbaker, am the Debtor in the above-captioned Chapter 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on April 5, 2020.

1. The Chapter 13 plan was originally confirmed by order entered on January 23, 2020.

2. I was current with plan payments through December 2019.

3. I was current with post-petition mortgage payments through March 2020 on the realty located at 44 Mine Brook Road, Colts Neck, New Jersey 07722.

    a. The mortgage payments referred to above are _X_ contractual payments ___ adequate protection payments.

    b. If the confirmed plan includes a cram down on the mortgage, then answer the following: **N/A**

    c. I am current with post-petition real estate taxes on the realty located at _____.

        ___ YES ___ NO

    d.    I have current liability insurance on the property and can provide proof thereof.

        ____ YES  ____ NO

4. I was current with post-petition auto payments through _____ date on the following automobiles _____. **N/A**

5. The change in my household income previously reported on Schedule I is <u>100%</u>. My current household income is $ <u>0.00</u> . My household expenses have stayed the same.

6. As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:

*My wife and I operate a jewelry store in Colts Neck, New Jersey. We have been closed since the governor has closed all non-essential retail establishments. We presently have no income of any kind.*

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 4/14/2020

                                                                          Kenneth J. Blankenbaker