Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22933−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth J. Blankenbaker
   44 Mine Brook Road
   Colts Neck, NJ 07722

Social Security No.:
   xxx−xx−9425

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 23, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 78 − 76
Order Granting Application for Extension of Loss Mitigation (Related Doc # 76). Loss Mitigation Period Extended to: 8/9/2021. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/23/2021. (rms)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 23, 2021
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                       Case No. 19-22933-CMG

Kenneth J. Blankenbaker                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                User: admin                                                 Page 1 of 2
Date Rcvd: Jun 23, 2021                      Form ID: orderntc                                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2021                                     Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ajennings@raslg.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bankruptcy@friedmanvartolo.com |
| Joseph Casello | |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Jun 23, 2021 Form ID: orderntc Total Noticed: 1

    on behalf of Debtor Kenneth J. Blankenbaker jcasello@cvclaw.net  jcasello627@gmail.com

Rebecca Ann Solarz

    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com

Rebecca K. McDowell

    on behalf of Creditor SANTANDER BANK  N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com

Shauna M Deluca

    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust sdeluca@raslg.com

Sindi Mncina

    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust smncina@raslg.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11