```
┌─────────────────────────────────────────────┐
│ UNITED STATES BANKRUPTCY COURT              │
│ DISTRICT OF NEW JERSEY                      │
├─────────────────────────────────────────────┤
│ Caption in Compliance with D.N.J. LBR 9004-1(b) │
│                                             │
│ COLLINS, VELLA & CASELLO, LLC               │
│ 2317 Highway 34, Suite 1A                   │
│ Manasquan, NJ 08736                         │
│ (732)751-1766                               │
│ Joseph Casello, Esq.                        │
│ Attorneys for the Debtor                    │
└─────────────────────────────────────────────┘
```

| | |
|---|---|
| Case No.: | 19-22933 |
| Chapter: | 13 |

In Re:

Kenneth J. Blankenbaker

| | |
|---|---|
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Gravelle |

## CERTIFICATION OF SERVICE

1. I, __Courtney Parker__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Joseph M. Casello__, who represents __the Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __January 25, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. Motion to Approve Loan Modification with Selene Finance
   2. Certification of Kenneth J. Blankenbaker
   3. Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 1/25/2022

Signature: *Courtney Parker*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Esq.<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>One Newark Center – Suite 2100<br>Newark, New Jersey 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rebecca K. McDowell, Esq.<br>Saldutti Law Group<br>1040 Kings Highway N.<br>Suite 100<br>Cherry Hill, NJ 08034 | Attorneys for Creditor Santander Bank, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jack P. Baron, Esq.<br>LUM, Drasco & POSITAN LLC<br>103 Eisenhower Parkway – Suite 401<br>Roseland, NJ 07068 | Attorney for Creditors, Richard Santulli and Margaret Santulli | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rebecca A. Solarz, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorneys for U.S. Bank Trust National Association, not in its individual capacity but soley as Owner Trustee for VRMTG Asset Trust | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aleisha C. Jennings, Esq.<br>RAS Citron, LLC<br>Attorney for Secured Creditor<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| FRIEDMAN VARTOLO, LLP<br>Attorneys for Selene Finance LP<br>1325 Franklin Avenue, Suite 230<br>Garden City, New York 11530 | Attorneys for Selene Finance LP | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*