UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

COLLINS, VELLA & CASELLO, LLC
2371 Highway 34 South, Suite 1A
Manasquan, NJ 08736
Attorneys for Debtor
(732) 751-1766
Joseph M. Casello, Esq.

In Re:

Kenneth J. Blankenbaker

Case No.: _____19-22933_____

Judge: _____Gravelle_____

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by __US Bank Trust National Assoc__,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ ____40,489.32____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 5/3/2024

_Kenneth_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15



#3172        01/09/2024        $13,496.44



#3172        01/09/2024        $13,496.44

Image # 878909301023330

**Front Image**

MARY PATRICIA BLANKENBAKER
JAY BLANKENBAKER
44 MINE BROOK RD.
COLTS NECK, NJ 07722-1749

55-1352/212

1938

DATE 1/13/24

PAY TO THE ORDER OF  Selene Finang    $ 6,748.22

Six thousand seven hundred forty eight and 22/100  DOLLARS

BCB — YOUR COMMUNITY BANK
860 BROADWAY
BAYONNE, NJ 07002
(201) 823-0700

MEMO

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK.

**Back Image**

01/22/2024 SIG - 308 Singles 048583 4

Credited to the account of within named payee
Absence of endorsement Guaranteed Flagstar Bank
01/22/2024

5/2/2024 11:35 AM

Page 1

Image # 883709301012820

Front Image

MARY PATRICIA BLANKENBAKER
JAY BLANKENBAKER
44 MINE BROOK RD.
COLTS NECK, NJ 07722-1749

65-1362/212

1952

DATE 2/15/24

PAY TO THE ORDER OF  Sklar Finn  $ 6,748.22

Sy Thousand Seven Hundred Fortyeight a 22/100  DOLLARS

BCB
680 BROADWAY
BAYONNE, NJ 07002
(201) 823-0700

MEMO 00 . 10 -FEB.

Back Image

CREDIT TO THE ACCT OF THE
NAMED PAYEE-W/O PREJUDICE
WELLS FARGO BANK N.A.
IRVING TX 75063
Acct. #
Box_Num: 660309
Date: 20240308
ELECTRONICALLY DEPOSITED 20240308
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION    DATE

Image # 8865093010124400
Front Image

MARY PATRICIA BLANKENBAKER
JAY BLANKENBAKER
44 MINE BROOK RD.
COLTS NECK, NJ 07722-1749

1965
55-1352/212

DATE 3/19/24

PAY TO THE ORDER OF _Steve Finger_ $ 6,948.22

_Six thousand nine hundred forty eight 22/100_ DOLLARS

BCB
YOUR COMMUNITY BANK
860 BROADWAY
BAYONNE, NJ 07002
(201) 823-0700

MEMO 009

Back Image

CREDIT TO THE ACCT OF THE
NAMED PAYEE-W/O PREJUDICE
WELLS FARGO BANK N.A.
IRVING TX
Acct.
Box_Num.
ELECTRONICALLY DEPOSITED 20240405
Date: 20240405
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT _____ DATE _____
NAME OF FINANCIAL INSTITUTION

Page 1

5/2/2024 11:36 AM

Image # 88870930101407D

Front Image

MARY PATRICIA BLANKENBAKER
JAY BLANKENBAKER
44 MINE BROOK RD.
COLTS NECK, NJ 07722-1749

1970
55-1352/212

DATE 4/20/24

PAY TO THE ORDER OF _Silvio F_____  $ 6,748.22

_Six Thousand Seven Hundred Forty Eight 22/100_ DOLLARS

BCB
620 BROADWAY
BAYONNE, NJ 07002
(201) 823-0700

MEMO _____

Back Image

CREDIT TO THE ACCT OF THE
NAMED PAYEE-W/O PREJUDICE
WELLS FARGO BANK N.A.
IRVING TX 75061
Acct.#
Box_Num:
ELECTRONICALLY DEPOSITED 20240428
Date: 20240428
☐ CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT_____ DATE_____
NAME OF FINANCIAL INSTITUTION
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Page 1

5/2/2024 11:36 AM