Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−22933−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Kenneth J. Blankenbaker
 44 Mine Brook Road
 Colts Neck, NJ 07722

Social Security No.:
 xxx−xx−9425

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/5/24 at 09:00 AM

to consider and act upon the following:

**96** − Creditor's Certification of Default (related document:93 Order Resolving Creditor's Certification of Default) filed by Kimberly A. Wilson on behalf of U.S. Bank Trust National Association. Objection deadline is 05/13/2024. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Wilson, Kimberly)


Dated: 5/6/24

 Jeanne Naughton
 Clerk, U.S. Bankruptcy Court