Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−22933−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kenneth J. Blankenbaker
  44 Mine Brook Road
  Colts Neck, NJ 07722

Social Security No.:
  xxx−xx−9425

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/6/24 at 09:00 AM

to consider and act upon the following:

*104* − Creditor's Certification of Default (related document:100 Order Resolving Creditor's Certification of Default) filed by Sherri R. Dicks on behalf of Selene Finance LP as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust. Objection deadline is 10/11/2024. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Dicks, Sherri)


Dated: 10/9/24

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court