Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

      Case No.: 19−22933−CMG
      Chapter: 13
      Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth J. Blankenbaker
   44 Mine Brook Road
   Colts Neck, NJ 07722

Social Security No.:
   xxx−xx−9425

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/6/24 at 09:00 AM

to consider and act upon the following:

*104* − Creditor's Certification of Default (related document:100 Order Resolving Creditor's Certification of Default) filed by Sherri R. Dicks on behalf of Selene Finance LP as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust. Objection deadline is 10/11/2024. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Dicks, Sherri)

Dated: 10/9/24

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-22933-CMG |
| Kenneth J. Blankenbaker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 09, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

**Recip ID        Recipient Name and Address**
db        + Kenneth J. Blankenbaker, 44 Mine Brook Road, Colts Neck, NJ 07722-1749

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:

**Name**                              **Email Address**

Albert Russo
     docs@russotrustee.com

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Aleisha Candace Jennings
     on behalf of Creditor U.S. Bank Trust National Association ajennings@hillwallack.com

Aleisha Candace Jennings
     on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ajennings@hillwallack.com

Denise E. Carlon
     on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Case 19-22933-CMG    Doc 107    Filed 10/11/24    Entered 10/12/24 00:18:24    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

Jonathan C. Schwalb
    on behalf of Creditor Selene Finance LP as servicer for U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Joseph Casello
    on behalf of Debtor Kenneth J. Blankenbaker jcasello@cvclaw.net  jcasello627@gmail.com

Kimberly A. Wilson
    on behalf of Creditor U.S. Bank Trust National Association kimwilson@raslg.com

Rebecca K. McDowell
    on behalf of Creditor SANTANDER BANK  N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Shauna M Deluca
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust sdeluca@hasbanilight.com, hllawpc@gmail.com

Sherri R. Dicks
    on behalf of Creditor Selene Finance LP as servicer for U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust sdicks@raslg.com, shrdlaw@hotmail.com

Sherri R. Dicks
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust sdicks@raslg.com, shrdlaw@hotmail.com

Sherri R. Dicks
    on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@hotmail.com

Sindi Mncina
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15