| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Kenneth J. Blankenbaker<br><br><br>Debtor(s) | Case No.: 19-22933 / CMG<br><br>Judge: Christine M. Gravelle<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 12/26/2024, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.


Dated:  12/26/2024                                                          /s/  Kierstyn Buchanan

                                                                                              Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Kenneth J. Blankenbaker<br>44 Mine Brook Road<br>Colts Neck, NJ  07722 | Debtor(s) | Regular Mail |
| Joseph Casello, Esq.<br>Collins, Vella & Casello<br>2317 Route 34 South - Suite 1A<br>Manasquan, NJ  08736 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |