UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                      CASE NO.: 19-22933
                                                             CHAPTER 13

**Kenneth J. Blankenbaker,**
  Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of MCLP ASSET COMPANY, INC. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Attorney for Secured Creditor
                                       130 Clinton Rd #202
                                       Fairfield, NJ 07004
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                                       By: /s/Cory Woerner
                                           Cory Woerner
                                           Email: cwoerner@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 1, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KENNETH J. BLANKENBAKER
44 MINE BROOK ROAD
COLTS NECK, NJ 07722

And via electronic mail to:

COLLINS, VELLA & CASELLO
2317 ROUTE 34 SOUTH
SUITE 1A
MANASQUAN, NJ 08736

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Journie Morosky