UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for MCLP Asset Company, Inc.*

In Re:

**Kenneth J. Blankenbaker,**

　　　　　　Debtor(s).

Case No.: 19-22933-CMG

Chapter: 13

Judge: Christine M. Gravelle

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of MCLP Asset Company, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

By:*/s/ Joshua I. Goldman*

Dated: January 14, 2025

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for MCLP Asset Company, Inc.* | |
| In Re:<br><br>**Kenneth J. Blankenbaker**,<br><br>Debtor(s). | Case No.: 19-22933-CMG<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

# CERTIFICATION OF SERVICE

1. I, Catherine Rusteberg:
   - ☐ represent _____ in the above-captioned matter.
   - ☒ am the secretary/paralegal for Padgett Law Group, who represents the Creditor in the above captioned matter.
   - ☐ am the _____ in the above case and am representing myself.
1. On January 14, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***
2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  January 14, 2025

*/s/* Catherine Rusteberg
Catherine Rusteberg

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Kenneth J. Blankenbaker**<br>44 Mine Brook Road<br>Colts Neck, NJ 07722 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Joseph Casello**<br>Collins, Vella & Casello<br>2430 Route 34 B12<br>Manasquan, NJ 08736 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Albert Russo**<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.