Certificate Number: 14424-NJ-DE-040375736

Bankruptcy Case Number: 19-22933



14424-NJ-DE-040375736

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 3, 2025, at 3:31 o'clock PM EST, Kenneth J Blankenbaker completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 3, 2025          By:   /s/Mabelyn  Ramirez

Name:   Mabelyn  Ramirez

Title:   Instructor