| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kenneth J. Blankenbaker <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9425 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–22933–CMG | |

## Order of Discharge                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth J. Blankenbaker

12/10/25                                          **By the court:** Christine M. Gravelle
                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 19-22933-CMG

Kenneth J. Blankenbaker                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                    Page 1 of 3
Date Rcvd: Dec 10, 2025                        Form ID: 3180W                              Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth J. Blankenbaker, 44 Mine Brook Road, Colts Neck, NJ 07722-1749 |
| aty | + | Jack P. Baron, Lum, Drasco & Positan, LLC, 103 Eisenhower Parkway, Suite 401, Roseland, NJ 07068-1049 |
| cr | + | Selene Finance LP as servicer for U.S. Bank Trust, Friedman Vartolo, LLP, 85 Broad St, 85 Broad St, New York, NY 10004-1734 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518330134 | + | Bethany Pediatrics, 1 Bethany Road, Hazlet, NJ 07730-1663 |
| 518351878 | + | JS Bethany Pediatrics, Simon's Agency Inc., POB 5026, Syracuse, NY 13220-5026 |
| 518330136 | + | Mary Patricia Blankenbaker, 44 Mine Brook Road, Colts Neck, NJ 07722-1749 |
| 518330137 | + | Phelan Hallinan Diamond & Jones,PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 518330139 | + | Richard & Margaret Santulli, 37 Blossom Cover Road, Red Bank, NJ 07701-6302 |
| 518376702 | + | Richard and Margaret Santulli, Attn: Jack P. Baron, Lum, Drasco & Positan LLC, 103 Eisenhower Parkway, Ste. 401, Roseland, NJ 07068-1049 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Dec 10 2025 20:45:26 | Friedman Vartolo, LLP, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Dec 10 2025 20:48:00 | SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A., c/o Saldutti Law Group, 1040 Kings Highway N Suite 100, Cherry Hill, NJ 08034-1925 |
| lm | + | Email/Text: bkteam@selenefinance.com | Dec 10 2025 20:48:00 | Selene Finance, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| cr | + | EDI: WFHOME | Dec 11 2025 01:36:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 518330135 | | EDI: IRS.COM | Dec 11 2025 01:36:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520500066 | + | Email/Text: RASEBN@raslg.com | Dec 10 2025 20:48:00 | MCLP Asset Company, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520532624 | | Email/Text: mtgbk@shellpointmtg.com | Dec 10 2025 20:48:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 520532625 | | Email/Text: mtgbk@shellpointmtg.com | Dec 10 2025 20:48:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2025 | Form ID: 3180W | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | | Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 518330138 | + | Email/Text: newbk@Regions.com | Dec 10 2025 20:49:00 | Regions Bank, 1900 Fifth Avenue, Birmingham, AL 35203-2670 |
| 518330142 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 10 2025 20:48:00 | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518330140 | + | Email/Text: DeftBkr@santander.us | Dec 10 2025 20:49:00 | Santander Bank, P.O. Box 12707, Reading, PA 19612-2707 |
| 518416214 | + | Email/Text: rmcdowell@slgcollect.com | Dec 10 2025 20:48:00 | Santander Bank, N.A., c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 518565020 | + | Email/Text: bkteam@selenefinance.com | Dec 10 2025 20:48:00 | Selene Finance, LP, 9990 Richmond Ave., Suite 400 South, Houston, TX 77042-4546 |
| 518565021 | + | Email/Text: bkteam@selenefinance.com | Dec 10 2025 20:48:00 | Selene Finance, LP, 9990 Richmond Ave., Suite 400 South, Houston, TX 77042, Selene Finance, LP, 9990 Richmond Ave. 77042-4546 |
| 518330141 | + | Email/Text: clientservices@simonsagency.com | Dec 10 2025 20:49:00 | Simon's Agency, Inc., 4963 Winterssweet Drive, Liverpool, NY 13088-2176 |
| 519584594 | + | Email/Text: bkteam@selenefinance.com | Dec 10 2025 20:48:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Boulevard, Dallas, Texas 75019-6295 |
| 518573951 | + | Email/Text: RASEBN@raslg.com | Dec 10 2025 20:48:00 | U.S. Bank Trust National Association, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 520373456 | + | Email/Text: RASEBN@raslg.com | Dec 10 2025 20:48:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 518330143 | + | EDI: WFHOME | Dec 11 2025 01:36:00 | Wells Fargo Bank, P.O. Box 10335, Des Moines, IA 50306-0335 |
| 518371380 | + | EDI: WFHOME | Dec 11 2025 01:36:00 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | MCLP Asset Company, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | *+ | U.S. Bank Trust National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 10, 2025 | Form ID: 3180W | Total Noticed: 32 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Albert Russo
  on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
  docs@russotrustee.com

Cory Francis Woerner
  on behalf of Creditor U.S. Bank Trust National Association cwoerner@raslg.com

Cory Francis Woerner
  on behalf of Creditor Selene Finance LP as servicer for U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust cwoerner@raslg.com

Cory Francis Woerner
  on behalf of Creditor MCLP Asset Company  Inc. cwoerner@raslg.com

Denise E. Carlon
  on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jonathan C. Schwalb
  on behalf of Creditor Selene Finance LP as servicer for U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Joseph Casello
  on behalf of Debtor Kenneth J. Blankenbaker jcasello@cvclaw.net  jcasello627@gmail.com

Joshua I. Goldman
  on behalf of Creditor MCLP Asset Company  Inc. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

Rebecca K. McDowell
  on behalf of Creditor SANTANDER BANK  N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Shauna M Deluca
  on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust sdeluca@hasbanilight.com, hllawpc@gmail.com

Sherri R. Dicks
  on behalf of Creditor Selene Finance LP as servicer for U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust sdicks@raslg.com, shrdlaw@hotmail.com

Sherri R. Dicks
  on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@hotmail.com

Sherri R. Dicks
  on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust sdicks@raslg.com, shrdlaw@hotmail.com

Sindi Mncina
  on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust smncina@raslg.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16